Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Jamie Fountain (SBN 316567)
jfountain@blakelylawgroup.com
**BLAKELY LAW GROUP**
1108 Manhattan Avenue, Suite B
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401
**Attorneys for Plaintiff**
**Deckers Outdoor Corporation**

Ziyong "Sean" Li (CA 289696)
**Benesch, Friedlander, Coplan & Aronoff LLP**
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
Facsimile: 628.221.5828
sli@beneschlaw.com
**Attorneys for Defendants**
**Zoetop Business Co., Limited, and Shein US Services, LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZOETOP BUSINESS CO., LIMITED, a Hong Kong SAR China Private Limited Company; SHEIN US SERVICES, LLC, a Delaware Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-09850-MCS-MAA<br><br>**STIPULATION TO DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**Hon. Mark C. Scarsi** |

---

1

**STIPULATION TO DISMISSAL OF ACTION WITH PREJUDICE**
2:23-cv-09850-MCS-MAA

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that that, pursuant to Rule 41(a)(1)(A)(ii), plaintiff Deckers Outdoor Corporation ("Plaintiff") and defendants Zoetop Business Co., Limited and Shein US Services, LLC (collectively, "Defendants") (Defendants together with Plaintiff, the "Parties", and each, individually, a "Party") hereby stipulate to dismissal *with prejudice* of the above-entitled action. This Dismissal is without an award of costs or fees, and each Party shall bear its own attorneys' fees and costs incurred in connection with this Action.

Respectfully submitted,

Dated: April 14, 2025   **BLAKELY LAW GROUP**

/s/ *Jamie Fountain*
Brent H. Blakely
Jamie Fountain
**Attorneys for Plaintiff**
**Deckers Outdoor Corporation**

Dated: April 14, 2025   **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*/s/ Ziyong Li*_____
ZIYONG "SEAN" LI
**Attorneys for Defendants**
**Zoetop Business Co., Limited, and**
**Shein US Services, LLC**

# **ATTESTATION RE ELECTRONIC SIGNATURES**

The filer of this document attest that all other Signatories to this document, on whose behalf this filing is submitted, concur as to the content and have authorized their signature and filing of the document.

Dated: April 14, 2025                     By: */s/ Jamie Fountain*